PETER DOELGER, Deceased, for the Benefit of MADELINE MORSCHHAUSER (Trust No. 4), MATHILDA HUEPFEL (Trust No. 5), MARY DOELGER (Trust No. 6) and CECELIA DOELGER (Trust No. 7). SYDNEY KRAUSE and Others, Petitioners, Appellants; WILLIAM E. P. DOELGER and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: ELINOR L. GLASER, Judgment Creditor, Respondent, v. MARCUS LEWIS GLASER, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

WILLIAM GRIFFIN, Appellant, v. WINSTON S. CHURCHILL, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of GERTRUDE S. KRAUS, Petitioner, Appellant, for an Order Directing WALTER S. MACK, JR., and MARION R. MACK, Respondents, Owners of Premises No. 14 East 94th Street, Borough of Manhattan, City and State of New York, to Produce and Make Available All Records and Data with Respect to the Income and Disbursements of Said Premises, and to Pay the Surplus Income, if Any, to the Petitioner, to Be Applied Toward the Payment of the Past Due Principal of the Petitioner's Mortgage Covering Said Premises Pursuant to the Provisions of Section 1077-c of the Civil Practice Act.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of MAYFLOWER DRESS Co. for a Stay of All Proceedings in the Arbitration of Certain Differences Alleged to Have Arisen between MAYFLOWER DRESS Co., Petitioner, Appellant, and BUCKLEY & COHEN, INC., Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

M. JASON GOULD, Plaintiff, Respondent, v. MOLLA WEISBERG JACOBY, Also Known as MOLLA WEISBERG JACOBOWITZ, Individually and as Executrix, etc., of ISIDORE WEISBERG, Deceased, and Others, Defendants, Appellants. (Action No. 1.) ROSIE WEISBERG and MOLLA WEISBERG JACOBY, as Executrices, etc., of ISIDORE WEISBERG, Deceased, and Others, Plaintiffs, Appellants, v. M. JASON GOULD, Defendant, Respondent. (Action No. 2.) — The issues in the two actions are separate and distinct. No simplification will be effected by a joint trial. Order unanimously reversed, with twenty dollars costs and disbursements, and the motion, in all respects, denied. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

THE METROPOLITAN SAVINGS BANK, Respondent, v. MORRIS YONOWSKY and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of ADOLPHUS RAGAN and DENNIS A. LAMBERT, as Set Forth in the Petition, Petitioners, Appellants, for an Order under Article 78 of the Civil Practice Act, against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Defendants, Respondents.— Order unanimously affirmed,